UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEAN BURT and LOGAN THOMSON,
individually and on behalf of all others
similarly situated,

               Plaintiff

v.

BOARD OF TRUSTEES OF THE
UNIVERSITY OF RHODE
ISLAND,

               Defendant

Case No. **1:20-cv-00295-JJM-LDA**

## NOTICE OF APPEAL

Notice is hereby given that **SEAN BURT and LOGAN THOMSON, et al**, the **Plaintiffs** (Party Type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the:

☑ Final judgment entered on **January 31, 2023**.
                                           Date of Judgment

and/or

☑ The order **Granting Motion for Summary Judgment** entered on **January 31, 2023**.
                     Description of Order                       Date of Order

Respectfully submitted,

**Todd M. Friedman**
Name

**CA 216752**
Bar Number

**Law Offices of Todd M. Friedman, P.C.**
Firm/Agency

**21031 Ventura Blvd., Suite 340**
Address

**Woodland Hills, CA 91364**
City/State/Zip Code

**s/Todd M. Friedman**
Signature

**February 24, 2023**
Date

**(323) 306-4234**
Telephone Number

**tfriedman@toddflaw.com**
Email Address

Reset Form      Print Form      Save Form

# **PROOF OF SERVICE**

1

2   I, the undersigned, certify and declare that I am over the age of 18 years,

3   employed in the County of Los Angeles, State of California, and not a party to the

4

5   above-entitled cause. On February 24, 2023, I electronically filed with the Court

6   through its CM/ECF program and served a true copy through the same program the

7   following documents: **NOTICE OF APPEAL** on interested parties in said case as

8

9   follows:

10  [x]    ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a
11  CM/ECF user constitutes consent to electronic service through the Court's
    transmission facilities.  The Court's CM/ECF system sends an email notification of
12  the filing to the parties and counsel of record listed above who are registered with
13  the Court's CM/ECF system.

14  Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

15  Executed on February 24, 2023, at Woodland Hills, CA

16

17  [x] I hereby certify under the penalty of perjury that the foregoing is true and

18  correct.

19  By: s/ Todd M. Friedman
20        Todd M. Friedman

21

22

23

24

25

26

27

28